UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VICTORIA IRELAND and RONALD IRELAND, wife and husband,<br><br>Plaintiffs,<br><br>v.<br><br>CMH HOMES, INC., a Tennessee Corporation, dba CLAYTON HOMES, #742,<br><br>Defendant. | NO. 3:18-cv-05839-BHS<br><br>STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS AND TRANSFER TO ARBITRATION<br><br>**NOTED FOR HEARING:**<br>**January 14, 2019** |

## STIPULATION

The undersigned parties and attorneys for the parties herein Stipulate and Agree that this matter is subject to Binding Arbitration pursuant to the Binding Dispute Resolution Agreement executed by the parties, and in accordance with pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1 et seq., and the Washington Uniform Arbitration Act ("WAA"), RCW 7.04A et. seq. Additionally, all parties Stipulate and Agree that this suit shall be stayed pending mediation and binding arbitration, if necessary.

DATED this 14th day of January, 2019.

STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS AND
TRANSFER TO ARBITRATION - 1
Case No. 3:18-cv-05839 BHS

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

L:\498\009 IRELAND V. CMH HOMES\PLEADINGS\STIPULATION TO ARBITRATE - FINAL

MERRICK, HOFSTEDT & LINDSEY, P.S.

By *s/ Tamara K. Nelson*
Tamara K. Nelson, WSBA #27679
Of Attorneys for Defendant

DICKSON FROHLICH, P.S.

By *s/ Daniel J. Frohlich*
Daniel J. Frohlich, WSBA #31437
Of Attorneys for Plaintiffs

## ORDER

THIS MATTER, having been brought on duly and regularly before the undersigned Judge of the above-entitled Court, and the Court being fully advised in all matters, does hereby, pursuant to the foregoing Stipulation,

ORDER, ADJUDGE and DECREE that this action may be arbitrated pursuant to the terms and conditions of the Binding Dispute Resolution Agreement executed by the parties; and this matter shall be stayed pending mediation and binding arbitration, if necessary.

Honorable Benjamin H. Settle

Presented by:

MERRICK, HOFSTEDT & LINDSEY, P.S.

By *s/ Tamara K. Nelson*
Tamara K. Nelson, WSBA #27679
Attorneys for Defendant

Copy Received, Notice of Presentation Waived:
DICKSON FROHLICH, P.S.

By *s/ Daniel J. Frohlich*
Daniel J. Frohlich, WSBA #31437
Of Attorneys for Plaintiffs

STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS AND TRANSFER TO ARBITRATION - 2
Case No. 3:18-cv-05839 BHS

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

L:\498\009 IRELAND V. CMH HOMES\PLEADINGS\STIPULATION TO ARBITRATE - FINAL